# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MIGUEL ESCAMILLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00364-KES-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>(ECF No. 5) |

　　　　On March 28, 2024, Plaintiff filed this action against Defendants State of California, California Department of Corrections and Rehabilitation ("CDCR"), Officer N. Flores, Officer G. Barrera, and Officer G. Rivera. (ECF No. 1.) On March 29, 2024, Plaintiff served Defendant State of California. (ECF No. 4.) The deadline for the State to file a responsive pleading is April 19, 2024. On April 2, 2024, Plaintiff served Defendant CDCR. (ECF No. 6.) The deadline for CDCR to file a responsive pleading is April 23, 2024. Plaintiff has not served the three individually named officers.

　　　　On April 11, 2024, the parties filed a stipulation to extend the responsive pleading deadline for all Defendants by sixty-one days. (ECF No. 5.) The parties proffer they agree to extend the deadline for all Defendants to respond from April 19, 2024 to June 19, 2024 to facilitate service on the remaining Defendants and to allow the defense to further investigate the matter. (Id. at 2.) The Court finds good cause exists to grant the requested extension.

///

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that all Defendants that are appropriately served prior to June 19, 2024 shall have up to and including **June 19, 2024** to file their responsive pleadings to the complaint.

IT IS SO ORDERED.

Dated:   **April 12, 2024**

UNITED STATES MAGISTRATE JUDGE