UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| BRANDON M. ESCAMILLA,<br><br>   Plaintiff,<br><br>   vs.<br><br>OFFICER N. FLORES, et al.,<br><br>   Defendants. | CASE NO. 1:24-cv-00364-KES-SAB<br><br>ORDER RE STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE HEARING DATE<br><br>(ECF No. 14) |

On September 6, 2024, the parties filed a stipulation to continue the initial scheduling conference in this matter. (ECF No. 14.)

Pursuant to the stipulation of the parties, the initial scheduling conference set for October 1, 2024, is continued to **November 14, 2024, at 9:30 a.m.** in Courtroom 9. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference date.

IT IS SO ORDERED.

Dated:   **September 9, 2024**

UNITED STATES MAGISTRATE JUDGE

1